**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROBERT SEAN DALLEY,** *Plaintiff,* | § § § § § | |
| **v.** | § § § | **NO. 1:24-CV-00997-ADA-DH** |
| **MARK SEKULA, ROBERT ZEARFOSS, SONYA MCDONALD, MARY O'ROURKE, VICTOR WILLIAMS, ERICA LOPEZ, GLENDA SINGLEY, SHERRI PIENIAZEK, SANDRA JANOUSEK, RANDOLPH BROOKS FEDERAL CREDIT UNION,** *Defendants.* | § § § § § § § § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Plaintiff Rober Sean Dalley's claims. Dkt. 11. The report recommends Plaintiff Dalley's cause of action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* The report and recommendation was signed January 7, 2025. *Id.*

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Dalley filed objections on January 31, 2025. Dkt. 14. The Court has conducted a de novo review of the Complaint, the report and recommendation, the objections to the report and

recommendation, and the applicable laws. After that thorough review, the Court is persuaded that

the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States

Magistrate Judge Dustin M. Howell, Dkt. 11, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is DISMISSED without

prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SIGNED** on September 25, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE